Submitted January 7, reversed and remanded March 2, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TRAVIS RAYMOND HYATT,
*Defendant-Appellant.*

Umatilla County Circuit Court
CR080466; A141729

249 P3d 157

Peter Gartlan, Chief Defender, and Ernest G. Lannet, Chief Deputy Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals a conviction for driving while under the influence of intoxicants. ORS 813.010. He argues that the trial court erred in denying his motion to suppress evidence of his breath test, which an officer administered before defendant had a chance to seek advice from counsel. The state concedes that the officer did not provide defendant a reasonable opportunity to obtain legal advice before submitting to the test and that the trial court should have suppressed the evidence. We agree with and accept the state's concession. *State v. Spencer*, 305 Or 59, 74-75, 750 P2d 147 (1988); *State v. Ashley*, 137 Or App 561, 565-67, 907 P2d 1120 (1995).

Reversed and remanded.